HEBRON CHURCH *vs.* JOHN Q. ADAMS.

Bristol. October 26. — Nov. 1, 1876. DEVENS & LORD, JJ., absent.

An action on the Gen. Sts. *c.* 137, to recover possession of real estate, is not abated by a subsequent entry and possession of the premises by the plaintiff, but he is entitled to judgment for costs, rent and damages.

ACTION on the Gen. Sts. *c.* 137, by a religious corporation, to recover possession of a house and land in Attleborough, alleged to be held by the defendant unlawfully and against the right of the plaintiff.

At the trial in the Superior Court, before *Allen*, J., on appeal, it appeared that after the appeal was entered, and before the next term of court, the plaintiff entered upon and took possession of the demanded premises. This fact the defendant, immediately and before the next term of court, set up and pleaded in defence and in abatement of the action. The plaintiff demurred to the answer. The judge sustained the demurrer and ordered judgment for the plaintiff; and the defendant alleged exceptions.

*E. H. Bennett & H. J. Fuller*, for the defendant.

*C. A. Reed*, for the plaintiff.

BY THE COURT. When this action was commenced the plaintiff had a good cause of action against the defendant. The fact that it has since taken possession of the demanded premises does not abate the action, but it is entitled to judgment for costs and for rent and damages under the recognizance entered into by the defendant. *Coburn* v. *Palmer*, 8 Cush. 124. *King* v. *Lawson*, 98 Mass. 309. *Exceptions overruled.*